Prob 12
(D/VT Rev. 12/04)

## UNITED STATES DISTRICT COURT
### For The
### DISTRICT OF VERMONT



U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2012 SEP 18 AM 9: 32

CLERK
BY_____
DEPUTY CLERK

U.S.A. vs. William Abernathy           Docket No. 2:96-CR-69-01

### Petition on Probation and Supervised Release

COMES NOW Louis A. Stazi, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of William Abernathy, who was placed on supervision by the Honorable William K. Sessions III sitting in the Court at Burlington, on the 16th day of March, 1998, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**The defendant shall not possess a firearm or other dangerous weapon.**

**The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment. The defendant shall refrain from the use of alcohol and other intoxicants during and after treatment.**

**The defendant shall participate in a mental health program approved by the United States Probation Office. The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment.**

U.S.A. vs. William Abernathy                                          Docket No. 2:96-CR-69-01

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

The defendant shall not commit anther federal, state or local crime.

**On or about August 7, 2011, supervised releasee Abernathy removed a screen from a window at Joyce Errecart's residence in Shelburne, Vermont and fled upon making eye contact with Ms. Errecart as evidenced by his August 13, 2012, guilty verdict in Vermont State Court for Unlawful Trespass - Residence/Occupied/Attempt (Docket Number 3599- 9-11) in violation of Vermont Statutes Annotated § 3705(d). (General condition)**

PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT TO BRING WILLIAM ABERNATHY BEFORE THIS COURT TO SHOW CAUSE WHY HIS CONDITIONS OF SUPERVISED RELEASE SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20__ and ordered filed and made a part of the records in the above case. It is further ordered that this petition be SEALED until execution of the warrant.

_____
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     September 10, 2012

_____
U.S. Probation Officer

Place: Burlington

Date: September 10, 2012