NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No: 2:96-cr-00069-wks-1 |
| WILLIAM L. ABERNATHY | |

TAKE NOTICE that the above-entitled case has been scheduled at 11:30 a.m. on Monday, April 8, 2013, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for an Initial Revocation Hearing.

**Location: Courtroom 542**  JEFFREY S. EATON, Clerk
**Date of Notice: 1/16/2013**

By /s/Joanne A. Muir
Deputy Clerk

**TO:**

Eugenia A. Cowles, AUSA

Writ of Habeas Corpus ad Prosequendum
issued to defendant

Anne Nichols Pierce, Court Reporter