# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 2:96-CR-69-01 |
| WILLIAM ABERNATHY | ) | |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2013 MAY -1 PM 4: 33

CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(X) Ad Prosequendum     ( ) Ad Testificandum

Name of Detainee:   William Abernathy
Detained at:   Northern State Correctional Facility, Newport, VT
(custodian)

Detainee is:   a.)   (X) charged in this district by:
Petition on Probation and Supervised Release

Charging Detainee With: Violation of Supervised Release

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings

or   b.)   ( ) be retained in federal custody until final disposition of federal charges

Appearance is necessary on **4/08/13** at 11:30am in the courtroom of Hon. William K. Sessions, III, 11 Elmwood Avenue, Burlington, VT.

Eugenia A.P. Cowles

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby **ORDERED** to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

1/28/13
Date                                            United States District/Magistrate Judge

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if applicable): | Male  X    Female ☐ |
| Booking or Fed. Reg. #: | DOB: |
| Facility Address:  2559 Glen Road, Newport, VT 05855 | Race: |
| | FBI #: |
| Facility Phone:  802-334-3364 | |
| Currently Incarcerated For:  Felon in possession | |

---

**RETURN OF SERVICE**

Full
Executed on  4/16/13
By _____ (Signature)