AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2013 MAY 13 PM 4:10
CLERK
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:96-cr-69-1 |
| William Abernathy | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   William Abernathy
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  on 8/13/2012 defendant was found guilty in Vermont State Court for Unlawful Trespass

Date:   09/18/2012

_Lisa Wright_
*Issuing officer's signature*

City and state:   Burlington, VT

Lisa Wright, Operations Supervisor
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/18/12, and the person was arrested on *(date)* 1/28/13
at *(city and state)*   Burlington, VT

Date: 5/13/13

*Arresting officer's signature*

John Curtis, DUSM
*Printed name and title*